# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

## COUNSELLORS AT LAW

CHARLES C. CARELLA
BRENDAN T. BYRNE
JAN ALAN BRODY
JOHN M. AGNELLO
CHARLES M. CARELLA
JAMES E. CECCHI

JAMES D. CECCHI (1933-1995)
JOHN G. GILFILLAN III (1936-2008)
ELLIOT M. OLSTEIN (1939-2014)

JAMES T. BYERS
DONALD F. MICELI
A. RICHARD ROSS
CARL R. WOODWARD, III
MELISSA E. FLAX
DAVID G. GILFILLAN
G. GLENNON TROUBLEFIELD
BRIAN H. FENLON
LINDSEY H. TAYLOR
CAROLINE F. BARTLETT

**5 BECKER FARM ROAD**
**ROSELAND, N.J.  07068-1739**
**PHONE (973) 994-1700**
**FAX (973) 994-1744**
**www.carellabyrne.com**

PETER G. STEWART
FRANCIS C. HAND
AVRAM S. EULE
CHRISTOPHER H. WESTRICK*
JAMES A. O'BRIEN  III**

OF COUNSEL

*CERTIFIED BY THE SUPREME COURT OF
  NEW JERSEY AS A CIVIL TRIAL ATTORNEY
**MEMBER NY AND MA BARS ONLY

RAYMOND J. LILLIE
WILLIAM SQUIRE
STEPHEN R. DANEK
DONALD A. ECKLUND
MEGAN A. NATALE
ZACHARY S. BOWER+
MICHAEL CROSS
CHRISTOPHER J. BUGGY
JOHN V. KELLY III
MICHAEL A. INNES

+MEMBER FL BAR ONLY

July 6, 2020

**VIA ECF**

Hon. Renee Marie Bumb, U.S.D.J.
United States District Court, District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

> Re:   **BK Trucking Co. v. PACCAR Engine Company, et al.**
>        **United States District Court, District of New Jersey**
>        **Civ. No. 1:15-cv-02282-JBS-AMD**

Dear Judge Bumb:

We represent Plaintiffs in the above captioned action and write on behalf of all parties.  On June 26, 2020, Defendant PACCAR filed a Motion to Preclude Plaintiffs' Expert (ECF No. 252).

The parties have met and conferred and agree to the following briefing schedule: (i) Plaintiffs will file opposition papers on August 3, 2020; and (ii) Defendant PACCAR with will reply papers on August 31, 2020.

If this is acceptable to the Court, please "so order" this letter.

Thank you for your attention to this matter.  If the Court has any questions, we are available at your convenience.

CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO

JAMES E. CECCHI

CC: Counsel of Record